

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of birch plywood, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 13, 1960

No. 64525.—Matson Manufacturing Co. v. United States, protests 284224–K and 302435–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64526.—Frederick H. Cone & Co., Inc. v. United States, protests 59/32466, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64527.—Hirschberg Schutz & Co., Inc., et al. v. United States, protests 266498–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

No. 64528.—Bilt Rite Baby Carriage Co., Inc. v. United States, protests 59/11281, 59/7254, and 59/16876 (New York).

